UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**GEORGIA PACIFIC CORPORATION,**
a Georgia corporation,

    **Plaintiff,**

v.

**SENTRY SELECT INSURANCE
COMPANY, BRIAN ELKINS,
SVETLANA ELKINS, and MCLEOD
EXPRESS, L.L.C.,**

    **Defendants.**                             **Case No. 05-CV-826 DRH**

## ORDER

**HERNDON, District Judge:**

        Before the Court is defendant Sentry Select Insurance Company's ("Sentry") Motion for Leave to File Out of Time (Doc. 23). Sentry removed this case (Doc. 1) and Plaintiff subsequently moved to remand it back to state court (Doc. 10). Sentry's Response to Plaintiff's Motion to Remand was initially due by January 17, 2006. However, Sentry states in its instant motion, filed on February 17, 2006, that due to a clerical error it did not file its Response within the proper time allotted (Doc. 23, ¶ 3). Sentry further asserts that its proposed Response does not set forth new legal theories of removal, nor will the delay in filing cause the parties to be prejudiced (*Id*. at ¶¶ 4-5).

        Plaintiff did not consent to Sentry's motion. However, Plaintiff did not file an opposing response to the motion either. Therefore, because no objections

have been otherwise stated and because the Court believes that the parties will not be prejudiced by a late filing, Sentry's Motion for Leave to File Out of Time (Doc. 23) is hereby **GRANTED**.  Sentry is allowed 5 days from the date of this Order to file its Response to Plaintiff's Motion to Remand.  The Response should not differ in substance that what was submitted as the "Proposed Response" by Sentry to the Court, via e-mail on February 21, 2006.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2006.

/s/          David    RHerndon
**United States District Judge**